**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JANUS HERRERA,

        **Plaintiff,**

v.                                **Civ. No. 1:26-cv-01189-KG-JMR**

CITY OF ALBUQUERQUE,
SOLOMON ROACH, in his individual
capacity, and JOHN DOES 1-8,

        **Defendants.**

**STIPULATED ORDER ON STIPULATION OF DISMISSAL OF ALL CLAIMS**
**<u>AGAINST INDIVIDUALLY NAMED DEFENDANT</u>**

THIS MATTER, having come before the Court upon this *Stipulation of Dismissal of All Claims Against Defendant Solomon Roach*, and the parties hereby stipulating to this Order, and the Court being fully advised in the premises, finds that there is good cause to grant this *Motion.*

IT IS HEREBY ORDERED that Plaintiff Janus Herrera's claims against Defendant Solomon Roach in the above-captioned matter are dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

                                    /s/Kenneth J. Gonzales
                                    CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Respectfully submitted,
**GARCIA LAW GROUP, LLC**
*/s/ Alyxandria C. Romero*
Bryan C. Garcia
Andrew J. Deakyne
Alyxandria C. Romero
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
(505) 629-1576 / (505) 652-1337 (fax)
*Attorneys for Defendants*

Approved by:

**HUDSON INJURY LAW**

*/s/ approved via email on May 19, 2026*
Damon J. Hudson
7 Avenida Vista Grande, Ste B7, PMB 265
Santa Fe, New Mexico 87508
(505) 416-4150
damon@hudsoninjurylaw.com
*Attorney for Plaintiff*

## PARTIES ENTITLED TO NOTICE

**GARCIA LAW GROUP, LLC**

Bryan C. Garcia
Andrew J. Deakyne
Alyxandria C. Romero
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
(505) 629-1576 / (505) 652-1337 (fax)
bgarcia@garcialawgroupllc.com
adeakyne@garcialawgroupllc.com
aromero@garcialawgroupllc.com
*Attorneys for Defendants*

**HUDSON INJURY LAW**

Damon J. Hudson
7 Avenida Vista Grande, Ste B7, PMB 265
Santa Fe, New Mexico 87508
(505) 416-4150
damon@hudsoninjurylaw.com
*Attorney for Plaintiff*